1/1

Canfax v. Bucks County of the Commonwealth of Pennsylvania
Case # 23-1274

Motion to Waive Service of original Pleadings requirement

Plaintiff requests that this Court,

1) Waive the requirement of Plaintiff to serve all opposing Party members with copies of all original Pleadings Pursuant to Federal R.C.P. 5.

A) When Considering the Posture of this Case, the unusually large number of defendants (41) makes the task of serving copies to all opposing Parties an impossibility for Plaintiff, who is a Pro se Prisoner litigant with very few resources. Plaintiff can afford to make one copy of documents that are filed with this Court for his own records, but no more.
i) The current number of defendants is 39, the Amended Complaint yet to be filed names 41.

undersigned  *Jay Canfax*  4/15/23


RECEIVED
APR 19 2023

Jeremy Cannafax 13o34o
1730 S. EASTON ROAD
DOYLESTOWN, PA 18901

[Legal mail]

U.S.M.
X-RAY

Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106




US POSTAGE
ZIP 18901
0000363657  APR 17 2023
$ 000.60°