**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| JEREMY TYLER CANNAFAX | CIVIL ACTION |
|---|---|
| v. | NO. 23-1274 |
| BUCKS COUNTY OF THE COMMONWEALTH OF PENNSYLVANIA | |

## ORDER

**AND NOW**, this 24th day of April, 2023, upon consideration of *pro se* Plaintiff's Motion to Waive Service (ECF No. 8), filed on April 19, 2023, it is hereby **ORDERED** the Motion is **DENIED AS MOOT**. The undersigned issued an Order, dated April 10, 2023, requesting the Clerk of Court serve written waiver requests on the defendants, which was completed on April 10, 2023.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.