Case 2:23-cv-01274-MMB   Document 13   Filed 05/17/23   Page 1 of 2

## Status request from Clerk of Court

To my knowledge my Amended Complaint & 2 Motions were mailed to this court on 4/26/23.

1) Has my Amended Complaint & 2 motions been received by the court?
a) Have any of these documents been ruled on yet?

2) Waiver of service was sent to Defendants on 4/10/23.
a) Was any of these waivers returned as signed?

3) If not, was my Complaint or Amended Complaint forwarded to the US Marshal's Service to effect service? (on 5/10/23)
a) If yes, did the Marshal's receive a reply?

Thank you and I look forward to receiving a reply.

5/14/23     Jeremy Cannafax  Case: 23-1274



RECEIVED
MAY 17 2023



Jeremy Cannafax
130340
**1730 S. EASTON ROAD**
**DOYLESTOWN, PA 18901**

Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

[Legal Mail]