Cannafax v. Bucks County et al. Case # 23-1274

Motion to issue alias summons

I have submitted an amended complaint along with 2 motions on 4/20/23 and a status request as to how many defendants have been served and if my complaint was forwarded to the US marshal's, this request was sent on 5/14/23. I have received no response to either submission.

The deadline to serve all defendants is 7/10/23 and I have received no information on how many has been served.

Therefore I motion this court to supply me with USM-285 forms for each unserved defendant or any other appropriate method to direct the U.S. Marshals to deliver a copy of the amended complaint along with a summons to each unserved defendant.

Jeremy Kyle Cannafax Case # 23-1274

5/28/23    [signature]

Jeremy Cannafax
130340
1730 S. EASTON ROAD
DOYLESTOWN, PA 18901

[Legal Mail]

RECEIVED JUN - 1 2023

Clerk of Court, EDPA
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

US POSTAGE $000.60
ZIP 18901
MAY 30 2023